IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MAJESTIC BUILDING MAINTENANCE, INC.<br><br>    Plaintiff,<br><br>v.<br><br>HUNTINGTON BANCSHARES INCORPORATED dba THE HUNTINGTON NATIONAL BANK,<br><br>    Defendant. | CASE NUMBER: 2:18-cv-01512<br><br>DISTRICT JUDGE: James L. Graham<br><br>MAGISTRATE JUDGE: Kimberly A. Jolson |

**NOTICE OF DISMISSAL**

Plaintiff Majestic Building Maintenance, Inc. ("Majestic") hereby dismisses all claims in this case against Defendant Huntington Bancshares Incorporated dba The Huntington National Bank ("Huntington") with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. This Notice of Dismissal is solely a dismissal of Majestic's claims in this action and is not a dismissal of Majestic's claims against Huntington in Case No. 2:15-cv-3023 also pending before this Court.

                          Respectfully Submitted,
                          DOUCET & ASSOCIATES CO., LPA

                          */s/ John A. Zervas*_____
                          John A. Zervas (0043611)
                          Troy J. Doucet, (0086350)
                          Andrew J. Gerling (0087605)
                          Sean M. Kohl (0086726)
                          DOUCET & ASSOCIATES CO., LPA
                          700 Stonehenge Parkway, Suite 2B
                          Dublin, OH  43017
                          PH:  614-944-5219
                          FAX:  818-638-5548
                          troy@doucet.law
                          andrew@doucet.law
                          john@doucet.law
                          sean@doucet.law
                          *Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 18th day of December, 2018, I caused this document to be electronically filed with the Clerk of Courts by using the ECF System, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt, pursuant to Fed.Civ.R.P. 5(b)(3) and Loc.R. 5.2(b):

Brett A. Wall
Lisa Ghannoum
Kenneth G. Prabucki
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
bwall@bakerlaw.com
lghannoum@bakerlaw.com
kprabucki@bakerlaw.com
*Attorneys for The Huntington National Bank*

                          */s/ John A. Zervas*_____
                          John A. Zervas (0043611)